UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DANNY-ANTONIO PASTRANA,

    Plaintiff,

v.                                                                            Case No. 5:23-cv-725-TJC-PRL

CHARLES D. JOHNSON,
Registered Agent - Individual
Capacity, DARRIN KLING, Owner -
Individual Capacity, NATALIE
QUANDT, Astula Police Officer
Badge # A8 - Individual Capacity,
and FNU BOND, Police Officer
Howey # 15 - Individual Capacity,

    Defendants.

## O R D E R

This case is before the Court on the Report and Recommendation recommending denying Plaintiff Danny-Antonio Pastrana's Motion to Proceed In Forma Pauperis and dismissing the Complaint. Doc. 4. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation, Doc. 4, it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 4, is **ADOPTED** as the opinion of the Court.

2. Pastrana's Motion to Proceed In Forma Pauperis, Doc. 2, is **DENIED**.

3. The Complaint, Doc. 1, is **DISMISSED**.

4. The clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 20th day of February, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies to:

The Honorable Philip R. Lammens
United States Magistrate Judge

Danny-Antonio Pastrana
1102 Hamlin Ave
Howey-in-the-Hills, FL 34737